**No. 52637.**—Bekins Van & Storage Co. et al. *v.* United States, protests 955097–G (B), etc. (Los Angeles and San Francisco).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the First Division, October 27, 1948

**No. 52638.**—Baron & Arnof, Inc. *v.* United States, protest 134612–K (New York).

Opinion by Oliver, C. J. It was stipulated that the merchandise consists of leather cuff links the same in all material respects as those the subject of *United States* v. *Heinrich, Herrmann & Weiss* (30 C. C. P. A. 47, C. A. D. 213) and Abstract 47986. Accepting this stipulation as a statement of fact the claim of the plaintiff was sustained.

**No. 52639.**—Dextar Fur Corp. *v.* United States, protests 124382–K, etc. (New York).

Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52640.**—Schneider Bros. & Co., Inc., and Skins Trading Corp. *v.* United States, protests 130976–K and 130729–K (New York).

Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52641.**—Kokusai Suisan Kaisha *v.* United States, protest 748275–G (Los Angeles).

Opinion by Mollison, J. The appraiser's answer to protest, received in evidence at the trial, identified the merchandise as "Kelp Meal." Said report was made within the 90-day period during which that officer might review the collector's action. While the collector's report was not made within 90 days after the filing of the protest, the situation appeared to be the same as that which obtained at least as to certain of the protests involved in *United States* v. *Geo. S. Bush & Co., Inc., et al.* (35 C. C. P. A. 124, C. A. D. 381). In harmony with the